IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ZION SNELL-JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, and SCREVEN COUNTY PRISON,[1]<br><br>    Defendants. | CIVIL ACTION NO.: 6:24-cv-34 |

**O R D E R**

I directed Plaintiff to file an Amended Complaint and reminded him of his obligation to do so on two occasions.  Docs. 6, 8, 10.  When Plaintiff had not complied with these Orders, I issued a Report and recommended the Court dismiss without prejudice Plaintiff's Complaint based on his failure to follow this Court's Orders.  Doc. 13.  Because Plaintiff has filed an Amended Complaint, which is now the operative pleading in this case, doc. 16, I **VACATE** the October 21, 2024 Report and Recommendation and, accordingly, Plaintiff's Objections have been rendered moot.  Docs. 13, 15.  The Court will conduct the requisite frivolity review of Plaintiff's Amended Complaint in the normal course.

In addition, Plaintiff filed a second Motion to Appoint Counsel.  Doc. 14.  The Court has already denied Plaintiff's previous request for appointed counsel.  Docs. 4, 6.  As the Court explained, in this civil case, Plaintiff has no constitutional right to appointed counsel. Additionally, the circumstances of this case are not so complex to prevent Plaintiff from

---

[1]    As these are the only two entities Plaintiff names as Defendants in his Amended Complaint, the Court **DIRECTS** the Clerk of Court to terminate all other Defendants.  Doc. 16 at 3.

presenting "the essential merits of his position" to the Court. Doc. 6. Plaintiff does not show in his latest Motion the circumstances of this case have changed in any way which would warrant the appointment of counsel since the Court's previous Order denying Plaintiff's same request. While Plaintiff may have concerns about his legal capabilities, he has not shown those concerns affect his ability to litigate his cause of action.[2] Thus, I **DENY** Plaintiff's second Motion to Appoint Counsel.

**SO ORDERED**, this 20th day of November, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] In his Motion, Plaintiff details events occurring at his current place of incarceration, and these events are unrelated to the events he describes in his Amended Complaint.